UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

KUSHAWN S. MILES,

    Plaintiff,

v.

JENNA HELINSKI, et al.,

    Defendants.

_____/

Case No. 2:18-cv-220

HONORABLE PAUL L. MALONEY

## ORDER ADOPTING REPORT AND RECOMMENDATION

This is a prisoner civil rights action filed pursuant to 42 U.S.C. § 1983. Plaintiff filed a motion for preliminary injunction and/or temporary restraining order. The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on March 4, 2019, recommending that this Court deny the motion. The Report and Recommendation was duly served on the parties. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 19) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the Motion for Preliminary Injunction and/or Temporary Restraining Order (ECF No. 2) is DENIED.

Dated: March 29, 2019

    /s/ Paul L. Maloney
    Paul L. Maloney
    United States District Judge