UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

| | |
|---|---|
| KUSHAWN MILES, #237011, ) | |
| Plaintiff, ) | |
| ) | No. 2:18-cv-220 |
| -v- ) | |
| ) | Honorable Paul L. Maloney |
| CRYSTAL BIGGER, et al., ) | |
| Defendants. ) | |
| ) | |

## JUDGMENT

In accordance with the order entered on this date (ECF No. 39), and pursuant to Fed. R. Civ. P. 58, **JUDGMENT** hereby enters.

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date: March 6, 2020    /s/ Paul L. Maloney
Paul L. Maloney
United States District Judge